SEPTEMBER 26, 1938

**No. 39467.—**—Protest 691884–G of Ichabod
T. Williams & Sons. T. D. 48002. Application by Government for rehearing denied.

BEFORE THE FIRST DIVISION, SEPTEMBER 28, 1938

**No. 39468.**—Petition 5632–R of Great Lakes Foundry Sand Co. (Buffalo).

Opinion by McCLELLAND, P. J. It was found that there was every evidence of good faith on the part of the petitioner and that there was no purpose to defraud the United States. The petition was therefore granted.

**No. 39469.**—Petition 5299–R of National Carbon Co., Inc. (Buffalo).

Opinion by McCLELLAND, P. J. It appeared that the facts in this case are the same as those in the petition where the decision was reported in Abstract 29156. As there was no intention to defraud the revenue the court granted the petition.

**No. 39470.**—Protests 834192–G, etc., of Bullocks, Inc., et al. (Los Angeles, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 28, 1938

**No. 39471.**—Protests 128743–G, etc., of Judkins & McCormick Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) cellulose filaments the same as those passed upon in Abstract 37230 at 60 percent under paragraph 31; (2) embroidered hats at 75 percent under paragraph 1430, *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) followed; (3) artificial flowers similar to those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) at 60 percent under paragraph 1419; (4) hats in chief value of silk at 60 percent under paragraph 1210; and (5) motifs in chief value of cellulose filaments similar to those the subject of *Amberg* v. *United States* (T. D. 46204) at 60 percent under paragraph 31.

**No. 39472.**—Protests 70787–G, etc., of Albert Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. Certain of the merchandise was found to consist of yarns in chief value of artificial silk. On the authority of *Weinman* v. *United States* (T. D. 49408) and Abstract 37230 the claim at 40 cents per pound under paragraph 31 was sustained.